UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERBER GETZ,<br><br>    Plaintiff,<br><br>  v.<br><br>LAND O'LAKES/PURINA,<br><br>    Defendant. | CIVIL ACTION NO. 1:22-CV-01849<br><br>(MEHALCHICK, M.J.) |

### ORDER

**AND NOW**, this 30th day of June, 2023, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Plaintiff's complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1), and Plaintiff is hereby **GRANTED** leave to file an amended complaint within 28 days of the date of this Order, on or before **Friday, July 28, 2023**.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**