IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HERBERT GETZ,** | : | |
| Plaintiff | : | No. 1:22-cv-01849 |
| | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **LAND O'LAKES/PURINA,** | : | |
| Defendant | : | |

# ORDER

Before the Court in the above-captioned action is the February 15, 2024 Report and Recommendation of Magistrate Judge Carlson (Doc. No. 9), recommending that the Court dismiss this case for Plaintiff Herbert Getz ("Plaintiff")'s failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Doc. No. 9 at 4–9.)  No timely objections to the Report and Recommendation have been filed.

**AND SO**, on this 5th day of March 2024, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 9) of Magistrate Judge Carlson;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(b); and

3. The Clerk of Court is directed to **CLOSE** this case.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania